Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUDY WYNNE PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>    Defendant | No:  2:14-cv-02368-DAD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a summary judgment motion;

WHEREAS, the need for more time is the result of Counsel of Record Robert C. Weems in conversation with Ms. Phillips as to early resolution of this action due to her being found eligible for Title II benefits as a widow at a later date;

WHEREAS, Ms. Phillips has requested Counsel Robert C. Weems to continue to pursue an earlier onset of Title II disability benefits prior to her date last insured; and

WHEREAS, an additional extension of 30 days is appropriate to file Plaintiff's motion for summary judgment until September 11, 2015 is required due to limited support staff familiar with the case, and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of all deadlines in this action. The revised due date for the filing of the motion for summary judgment is September 11, 2015. This is the parties' second request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | DEBORAH LEE STACHEL |
|  | Acting Regional Chief Counsel, Region IX |
|  | Social Security Administration |
| /s/Robert C. Weems | By: /s/ Jennifer A. Kenney |
| Robert C. Weems, Attorney for Plaintiff | Special Assistant United States Attorney and Attorney for the Defendant (per e-mail) |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 13, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
phillips2368.stip.eot.ord2.docx

2

Stipulation and Order