Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUDY WYNNE PHILLIPS,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant | No:  2:14-cv-02368-DAD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　WHEREAS, Counsels of Record require additional time to determine completeness of the administrative record;

　　　WHEREAS, the need for more time is the result of Counsel of Record Robert C. Weems indepth review of the paper copy provided him of the administrative record which appears to lack 15 Bate stamped pages;  and

　　　WHEREAS, an extension of 30 days, until October 11, 2015 is needed to allow Defendant to attempt to find and provide the missing pages to Plaintiff.  Plaintiff will then have 30 days, until November 10, 2015, to file Plaintiff's motion for summary judgment.   This is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of all deadlines in this action. The revised due date for Defendant to file a supplemental administrative record is October 11, 2015 with Plaintiff's deadline for filing her motion for summary judgment on November 10, 2015. This is the parties' third request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Acting Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |
| /s/Robert C. Weems | By: /s/ Jennifer A. Kenney |
| Robert C. Weems, Attorney for Plaintiff | Special Assistant United States Attorney and Attorney for the Defendant (per e-mail) |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  September 14, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\phillips2368.stip.eot.ord3.docx

2

Stipulation and Order