# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JUDY WYNNE PHILLIPS,

Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

Defendant.

No. 2:14-cv-2368 AC (TEMP)

ORDER

Pursuant to the parties' stipulation, approved by the previously assigned Magistrate Judge on September 15, 2015, plaintiff's deadline for filing her motion for summary judgment in this action was November 10, 2015.[1] (Dkt. No. 19.) Plaintiff, however, has not filed her motion for summary judgment and plaintiff's motion for summary judgment is now overdue.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show good cause in writing, within fourteen days after this order is filed, for failing to file a timely motion for summary judgment.

DATED: November 30, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] On November 6, 2015, this action was reassigned from the previously assigned Magistrate Judge to the undersigned. (Dkt. No. 22.)